IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERMAMED TECHNOLOGIES CORP.,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 10-00483-CG-B<br>) |
| **PASSMORE LABS, et al.,** | )<br>)<br>) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.

It is **ORDERED** that the Defendants' Motion to Dismiss or, in the Alternative, Stay, Based on the Colorado River Doctrine, and for Lack of Personal Jurisdiction and Forum Non Conveniens (Doc. 8) is **DENIED;** that Plaintiff's Motion to Stay (Doc. 30) is hereby **GRANTED;** and that this case is **STAYED** until a ruling is issued on the Plaintiff's Motion to Dismiss pending before the U. S. District Court for the Southern District of California in Greg Passmore, et al., v. Chris Johnson, et al., case number 3:10-cv-02056-JAH-BGS.

The parties are **ORDERED** to file joint monthly status reports, which apprise the court of the status of the motion to dismiss, with the first joint report to

be filed **no later than June 9, 2011**.

      **DONE and ORDERED** this 9th day of May, 2011.

                                                        /s/  Callie V. S. Granade
                                                  UNITED STATES DISTRICT JUDGE